# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Petra White | ) | BK. NO. 11-71467-CMS-7 |
| | ) | |
| DEBTOR(S). | ) | |

### ATTORNEY'S STATEMENT OF COMPENSATION

Comes now the undersigned, pursuant to **11 U.S.C. § 329** and makes the following Disclosure regarding fees received in the above referenced Debtor's Chapter 13 case and fees paid for the conversion of the Chapter 13 case, and fees for the Chapter 7 Case:

**CHAPTER 13**
**FEE PAID**  $2,500

**CONVERSION TO**
**CHAPTER 7 FEE PAID**  $225

Respectfully Submitted,

/s/ Eric M. Wilson
Eric M. Wilson
The Law Firm of Eric M. Wilson, L.L.C.
1902 8th Street
Tuscaloosa, AL  35401
(205) 349-1280

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Joseph A. Bulgarella
Bankruptcy Administrator

By mailing a copy of the same in the U.S. Mail, properly addressed, and first class postage prepaid, or by **hand delivery**.

This the 20th day of July 2011.

/s/ Eric M. Wilson
Counsel for Debtor