```
                        United States Bankruptcy Court
                         Northern District of Alabama
```

In re:                                                     Case No. 11-71467-CMS
Petra Ursula White                                         Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1126-7       User: kmartin        Page 1 of 3            Date Rcvd: Apr 12, 2012
                           Form ID: b18          Total Noticed: 50

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2012.
db        +Petra Ursula White,   12245 Country Club Drive,   Northport, AL 35475-3227
cr        +CHASE HOME FINANCE, LLC F/K/A CHASE MANHATTAN MORT,   3415 Vision Drive,
           Columbus, OH 43219-6009
cr         Chase Home Finance LLC,   BK Dept / Scott Gi,   3415 Vision Dr,   Columbus,, OH  43219-6009
cr        +JPMORGAN CHASE BANK N.A.,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
7021404   +ABF, Inc.,   1595 Red Hollow Road,   Birmingham, AL 35215-2984
7021405   +Alabama Gas,   Attn: Nancy Roland,   605 Richard Arrington Jr Bl N,   Birmingham, AL 35203-2707
7021407    Alabama Neurology & Sleep Medicine,   c/o Franklin Collection Service,   P.O. Box 3910,
           Tupelo, MS 38803-3910 (5361998)
7021408    Alabama Neurology & Sleep Medicine,   Suite 301,   100 Rice Mine Road Loop,
           Tuscaloosa, AL 35406-2417 (5361997)
7021406   +Alabama Neurology & Sleep c/o Franklin Coll Svc,   PO Box 3910,   Tupelo, MS 38803-3910
7021411   +Chase Home Finance, LLC,   3415 Vision Drive,   Columbus, OH 43219-6009
7021412   +Chase Manhattan Mortgage,   3415 Vision Drive,   Floor 3 OH 4-7376,   Columbus, OH 43219-6009
7021413   +Chase Manhattan Mortgage,   C.O Stephens Millirons Harrrison,   PO Box 307,
           Huntsville, AL 35804-0307
7021415   +Collection Services,   180 E Burgess Road,   Suite G,   Pensacola, FL 32503-7300
7021416   +Credit Bur Of Tuscaloosa,   550 Greensboro Ave,   Tuscaloosa, AL 35401-1547
7021417   +Credit Bureau of Bessemer,   1920 3rd Avenue N,   Bessemer, AL 35020-0811
7021421   +ECMC,   1 Imation Place,   St Paul MN 55128-3422
7021422    Franklin Collection,   PO Box 3910,   Tupelo, MS 38803-3910 (5277383)
7021425    I.C. Systems, Inc. o/b/o SE Plastic Surgery,   c/o A. Thomas Pokela Attorney at Law,
           PO Box 2621,   Sioux Falls, SD 57101-2621 (5408318)
7021426   +IC System,   PO Box 64378,   Saint Paul, MN 55164-0378
7021427    JPMorgan Chase Bank, N.A.,   Chase Records Center,   Mail Code LA4-5555 - 700 Kansas Lane,
           Monroe, LA 71203 (6957302)
7021429   +Marvel Printing, Inc.,   917 2nd Ave. North,   Birmingham, AL 35203-3019
7021430   +North River Emerg Physicians,   Dept. 5078 P.O. Box 2153,   Birmingham, AL 35287-0002
7021431   +Northport Medical Center,   809 University Blvd. E.,   Tuscaloosa, AL 35401-2029
7021432   +Northstar EMS, Inc.,   P.O. Box 2788,   Tuscaloosa, AL 35403-2788
7021435   +Pacific Premier Bank,   1600 Sunflower Ave,   Floor 2,   Costa Mesa, CA 92626-1544
7021434    Pacific Premier Bank,   P.O. Box 25171,   Santa Ana, CA 92799-5171 (5362005)
7021436   +Paypal,   c/o I.C. Systems, Inc.,   P.O. Box 64887,   St. Paul, MN 55164-0887
7021439   +Progressive Insurance,   2100 Riverchase Center,   Building 100 Suite 110,
           Birmingham, AL 35244-1853
7021440   +Radio Shack,   2300 McFarland Blvd #12,   Northport, AL 35476-2928
7021441   +Radiology Clinic,   c/o CBSi,   Po Box 3227,   Tuscaloosa, AL 35403-3227
7021442    Senex Services Corp,   PO Box 505,   Linden, MI 48451-0505 (5277389)
7021443   +The Radiology Clinic,   208 McFarland Circle N.,   Tuscaloosa, AL 35406-1809
7021446   +UA HEALTH SERVICES FOUNDATION,   C/O CREDIT BUREAU OF BESSEMER,   P O BOX 590,
           BESSEMER, AL 35021-0590
7021447    US Department of Education,   Direct Loan Servicing Center,   PO Box 5609,
           Greenville, TX 75403-5609 (5277390)
7021449   +West Alabama Emergency Physicians,   2330 University Blvd., Ste. 501,   Tuscaloosa, AL 35401-1590
7021450   +West Alabama Er Physicians c/o Franklin Coll Svc,   PO Box 3910,   Tupelo, Ms 38803-3910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr        +EDI: BRLSHIELDS.COM Apr 13 2012 00:58:00    Robert L. Shields, III,
           418 Lorna Square Office Complex,   Hoover, AL 35216-5476
smg       +E-mail/Text: bnc_notices_western@alnba.uscourts.gov Apr 13 2012 01:46:49    Joseph E Bulgarella,
           Tuscaloosa BA,   1118 Greensboro Ave, Rm 242,   Tuscaloosa, AL 35401-2816
cr         EDI: RECOVERYCORP.COM Apr 13 2012 00:58:00     GE Money Bank c/o Recovery Management Systems Corp,
           Attn: Ramesha Singh,   25 S.E. 2nd Ave Suite 1120,   Miami, FL  33131-1605
7021410    EDI: CAPITALONE.COM Apr 13 2012 00:58:00    CAPITAL ONE BANK,   C/O TSYS DEBT MANAGEMENT,
           PO BOX 5155,   NORCROSS, GA 30091 (5288804)
7021409    EDI: CAPITALONE.COM Apr 13 2012 00:58:00    Capital One,   PO Box 85015,
           Richmond, VA 23285 (5277378)
7021414   +E-mail/Text: bankruptcy@reducear.com Apr 13 2012 01:41:54    Collection Bureau FT,
           711 Eglin Parkway East,   Fort Walton Beach, FL 32547-2527
7021419   +E-mail/Text: sandy@ccrsi.com Apr 13 2012 01:43:01    Cunningham Pathology, LLC,
           c/o Credit & Collection Recovery Svc,   401 4th Ave,   Jasper, AL 35501-3705
7021426   +EDI: ICSYSTEM.COM Apr 13 2012 00:58:00    IC System,   PO Box 64378,   Saint Paul, MN 55164-0378
7021428    EDI: RESURGENT.COM Apr 13 2012 00:58:00    LVNV Funding LLC its successors and assigns as,
           assignee of Citibank,   Resurgent Capital Services,   PO Box 10587,
           Greenville, SC 29603-0587 (5384285)
7021433   +E-mail/Text: bankruptcy@oliphantfinancial.com Apr 13 2012 01:28:24    Oliphant Financial, LLC,
           P.O. Box 2899,   Sarasota, FL 34230-2899
7021437    E-mail/Text: recovery@paypal.com Apr 13 2012 01:42:54    Paypal,   P.O. Box 45950,
           Omaha, NE 68145-0950 (5362006)
7021436   +EDI: ICSYSTEM.COM Apr 13 2012 00:58:00    Paypal,   c/o I.C. Systems, Inc.,   P.O. Box 64887,
           St. Paul, MN 55164-0887
7021444   +Fax: 912-629-1538 Apr 13 2012 01:37:25    Title Max #2 Of Tuscaloosa,   636 15th St East,
           Tuscaloosa, AL 35401-3234
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
7021445      +Fax: 912-629-1538 Apr 13 2012 01:37:25       TitleMax of Alabama, Inc. d/b/a TitleMax,
              15 Bull Street, Suite 200,    Savannah, GA 31401-2686
7021448       E-mail/Text: trendel.taylor@veoliaes.com Apr 13 2012 01:43:19       Veolia Environmental Services,
              P.O. Box 1957,    Tuscaloosa, AL 35403-1957 (5362009)
7021420       EDI: ECAST.COM Apr 13 2012 00:58:00      eCAST Settlement Corporation assignee of,
              Citibank USA NA/HOME DEPOT,    POB 35480,   Newark NJ 07193-5480 (5383723)
                                                                                    TOTAL: 16


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7021418      Cunningham Pathology, LLC,   c/o CR Collection Agency
7021438      Progressive Insurance,   C/O NCO Financial Systems
7021423    ##+Health Care Recovery,    408 Jenks Ave,   Panama City, FL 32401-2626
7021424    ##+Home Depot,    PO Box 689100,   Des Moines, IA 50368-9100
                                                                        TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2012**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2012 at the address(es) listed below:
        Eric M Wilson    on behalf of Debtor Petra White ewilson@ericwilsonlaw.com,
         ericwilsonlaw@gmail.com
        Robert L. Shields    rls@bhamlawfirm.com,   rmh@bhamlawfirm.com;al04@ecfcbis.com
        Steven J. Shaw    on behalf of Creditor  CHASE HOME FINANCE, LLC F/K/A CHASE MANHATTAN MORTGAGE
         CORPORATION sshaw@smhg.com

                                                 TOTAL: 3

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA
### Western Division
2005 University Blvd., Room 2300
Tuscaloosa, AL 35401

Case No. <u>11–71467–CMS7</u>
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Petra Ursula White
12245 Country Club Drive
Northport, AL 35475

Social Security / Individual Taxpayer ID No.:
xxx–xx–4081

Employer Tax ID / Other nos.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>4/12/12</u>                           <u>C. Michael Stilson</u>
                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**ATTENTION DEBTOR:      IMPORTANT DOCUMENT!      PLEASE KEEP FOR YOUR RECORDS!**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**